**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:20-CV-00002-FDW-SCR**

| | | |
|---|---|---|
| **BRITTANY CATES,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WILLIAM LLOYD RICE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiffs' Notice of Voluntary Dismissal, (Doc. No. 32), and the United States' Notice of Consent to Dismissal, (Doc. No. 34). The Relators Brittany Cates and Aquil McIntyre having filed a Notice of Voluntary Dismissal of this action, and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice as to Relators and without prejudice as to the United States

**IT IS FURTHER ORDERED** that all contents of the Court's file in this action that are currently under seal shall remain under seal and not be made public unless otherwise ordered.

**IT IS SO ORDERED.**

Signed: September 1, 2023

Frank D. Whitney
United States District Judge

1